## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | : <br> : Case No. 2:19-md-02921 (BRM) (JAD) <br> : MDL No. 2921 <br> : <br> : JUDGE BRIAN R. MARTINOTTI <br> : JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:** *K.P. v. Allergan, Inc. et al*, No. 20-cv-00242-BRM-JAD

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their undersigned counsel hereby give notice that they voluntarily dismiss this action without prejudice.

Dated: August 24, 2020

Respectfully submitted,

_____
W. Shawn Staples • TBN 00788457
wsstaples@stanleylaw.com
Michael J. Stanley • TBN 19046600
mstanley@stanleylaw.com
Stanley Law, P.C.
230 Westcott St., Suite 120
Houston, Texas 77007
Tel: 713-980-4381
Attorneys in Charge for Plaintiff

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** 08/25/2020